IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BIOGRAFTS INC,

    Plaintiff,

v.                                CASE NO. 1:07-cv-00119-MP-AK

REGENERATION TECHNOLOGIES INC,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Motion to Lift Stay and Status Update by Biografts Inc., Doc. 26. A conference was held, in which the parties agreed informally to discuss the status of the case and return to inform the Court whether mediation or further discovery would be the more prudent course. Accordingly, the Clerk is directed to set a status conference for Friday, January 22, 2010, at 11:45 a.m.

    **DONE AND ORDERED** this  *19th* day of January, 2010

                                   *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge