IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BIOGRAFTS INC,

    Plaintiff,

v.                                                            CASE NO. 1:07-cv-00119-MP-AK

REGENERATION TECHNOLOGIES INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion to Lift Stay, Doc. 26. The state court claims underlying the federal claim have been resolved, and the Plaintiff is ready to resume prosecution of this case. A hearing was held on January 22, 2010. At the hearing, both parties agreed to a stay of discovery until a mediation could be attempted. Plaintiff moved to amend complaint to add another defendant and demand a jury trial. Defendant did not object to Plaintiff amending the complaint, but reserved the right to object to any demand for a jury trial. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    The Motion to Lift Stay, Doc. 26, is GRANTED.

    2.    The parties will attend a mediation within sixty days. The time, place, and mediator are to be agreed on by the parties.

    3.    Rule 26 discovery is STAYED until completion of mediation.

    4.    Plaintiff's oral Motion to Amend Complaint is GRANTED. Plaintiff has fifteen days from the publication of this order to amend the Complaint.

    **DONE AND ORDERED** this __25th__ day of January, 2010

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge