IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BIOGRAFTS INC,

    Plaintiff,

v.                                                                CASE NO. 1:07-cv-00119-MP-AK

REGENERATION TECHNOLOGIES INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Amended Motion to Excuse Insurance Representative from Personally Attending Mediation, Doc. 45, filed by Regeneration Technologies Inc. Plaintiff Biografts responded in opposition, Doc. 50. A hearing was held on March 26, 2010. At the hearing, the parties agreed that the insurance administrator in question, Nancy Ledy-Gurren, would be excused from attending the upcoming mediation in person, and would instead attend telephonically. In return, the parties agreed that Biografts' corporate executive would be allowed to attend the mediation telephonically rather than in person. Accordingly, it is

    **ORDERED AND ADJUDGED:**

1.     The Amended Motion to Excuse Insurance Representative from Personally Attending Mediation, Doc. 45, is GRANTED.

2.     Both Ms. Ledy-Gurren and Biografts' corporate representative may appear telephonically at the April 6, 2010 mediation rather than personally.

    **DONE AND ORDERED** this  _31st_ day of March, 2010



                                 *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge