IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BIOGRAFTS INC,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-00119-MP-AK

REGENERATION TECHNOLOGIES INC,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on cross motions from each party, Docs. 56 and 57, describing terms of an agreement they have reached on the eve of a scheduled motion hearing. Defendant Regeneration Techologies, Inc. ("RTI") has agreed to dismiss voluntarily its affirmative defenses #4 and #13, with the understanding that those defenses are subsumed by affirmative defense #1, which will remain. RTI also withdraws its motion to dismiss Count VI of the Second Amended Complaint. In return, Plaintiff Biografts, Inc. ("Biografts") has agreed to dismiss voluntarily Count VI of the Second Amended Complaint, and to withdraw its Motion to Strike Affirmative Defenses.

Additionally, the parties request today's hearing be cancelled, because all issues to be discussed there have been resolved amicably. It is

    **ORDERED AND ADJUDGED:**

    1.    Count VI of the Second Amended Complaint is DISMISSED WITH PREJUDICE.

    2.    Affirmative Defenses #4 and #13 are STRICKEN as withdrawn by RTI.

    3.    The Clerk is directed to cancel today's hearing in this case, and to terminate the

motions at Docs. 38 and 40

**DONE AND ORDERED** this  *1st* day of April, 2010

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
