IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BIOGRAFTS INC,

    Plaintiff,

v.                                             CASE NO. 1:07-cv-00119-MP-AK

REGENERATION TECHNOLOGIES INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Stipulation for Voluntary Dismissal with Prejudice by Biografts Inc., Doc. 60. Following a mediator's report of settlement, Doc. 59, Plaintiff requests that the case be dismissed with prejudice, each party to bear its own costs and fees. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. This case is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

2. This Court will retain jurisdiction over the case for ninety (90) days, to ensure that the settlement between the parties is fully effected.

**DONE AND ORDERED** this  *14th*  day of June, 2010

                                            *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge